UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; and Does 1-10, Inclusive, <br><br> Defendants. | Case: 2:15-CV-00064-CBM-MRWX <br><br> **ORDER** <br> **JS-6** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1) (A) (ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 3, 2017

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1